IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| BELAIR ELECTRONICS, INC.,<br><br>　　Plaintiff/Counterclaim Defendant,<br><br>　　v.<br><br>TWELVE SOUTH, LLC,<br><br>　　Defendant/Counterclaim Plaintiff. | REQUEST FOR PROTECTION FROM COURT APPEARANCES<br><br><br>C.A. No.: 2:22-cv-04443-BHH |

Thomas E. Vanderbloemen, Esquire, with the law firm of Vanderbloemen Law Firm, P.A., respectfully seeks protection from trial and appearances in the above action for June 10 – July 9, 2024, in light of scheduled out-of-state travel plans.

Currently, there are no scheduled matters on these dates.

| | |
|---|---|
| February 15, 2024<br>Greenville, South Carolina | Respectfully submitted, |
| *Pro Hac Vice*<br>HALLER LAW PLLC<br>Timothy J. Haller<br>230 East Delaware Place, Suite 5E<br>Chicago, IL 60611<br>(630) 336-4283<br>haller@haller-iplaw.com | /s/ *Thomas E. Vanderbloemen*<br>VANDERBLOEMEN LAW FIRM, P.A.<br>Thomas E. Vanderbloemen (Fed. ID #9858)<br>Victoria E. Jaworowski (Fed. ID #13869)<br>330 East Coffee Street<br>Greenville, SC 29601<br>(864) 250-9530<br>tom@vanderbloemenlaw.com<br>victoria@vanderbloemenlaw.com |
| *Pro Hac Vice*<br>NOBLE IP LLC<br>Gabriel I. Opatken<br>4151 West School Street, Apartment 2<br>Chicago, IL 60641<br>(773) 648-5433<br>gabriel@nobleipllc.com | *Attorneys for Plaintiff, BelAir Electronics, Inc.* |